COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )               No.  08-05-00345-CV

                                                                              )

IN RE:  MINORITY MEDIA TV-38, LLC           )     AN
ORIGINAL PROCEEDING

                                                                              )

                                                                              )                 IN MANDAMUS

                                                                              )

                                                                              )

 

 

OPINION
ON PETITION FOR WRIT OF MANDAMUS

 

Relator, Minority Media TV-38, LLC, asks this Court to
issue a writ of mandamus against the Honorable Luis Aguilar, Judge of the 120th
District Court of El Paso County. 
Mandamus will lie only to correct a clear abuse of discretion.  Walker v. Packer, 827 S.W.2d 833, 840
(Tex. 1992)(orig. proceeding).  Moreover, there must be no other adequate
remedy at law.  Id.  Based on the record before us, we are unable
to conclude that Respondent clearly abused his discretion.  Accordingly, we deny mandamus relief.  See Tex.R.App.P. 52.8(a).  The order granting
emergency relief and staying the trial court proceedings is lifted.

 

 

November
17, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.